Argued and submitted June 18, 2014, reversed March 18, 2015

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KEVIN JOHN FAILL,
*Defendant-Appellant.*

Washington County Circuit Court
C120564CR; A153229

346 P3d 625

Suzanne Upton, Judge.

Laura A. Frikert, Deputy Public Defender, argued the cause for appellant. With her on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Michael S. Shin, Senior Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Matthew J. Preusch, Assistant Attorney General.

Before Duncan, Presiding Judge, and Haselton, Chief Judge, and Wollheim, Senior Judge.*

PER CURIAM

---

* Haselton, C. J., *vice* Edmonds, S. J.